THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LEHIGH VALLEY RAILWAY COMPANY, Respondent, *v.* MARTIN SAXE et al., Composing the State Tax Commission, et al., Appellants. (Proceedings to Review Special Franchise Tax Assessments for Years 1916–1920.)

*Tax — railroads — special franchise tax on crossing over streets in city of Buffalo — tax properly set aside where it appears railroad operates not as licensee but as owner of interest in land.*

*People ex rel. Lehigh Valley Ry. Co.* v. *State Tax Comm.*, 206 App. Div. 549, affirmed.

(Argued February 25, 1925; decided March 31, 1925.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 5, 1924, which reversed an order of Special Term confirming special franchise tax assessments against the relator for crossings over Michigan, Chicago and Louisiana streets in the city of Buffalo and canceled said assessments.

The Appellate Division held that the city of Buffalo made a grant of rights of way in the lands under Michigan, Chicago and Louisiana streets to the Lehigh Valley Railway Company; that in making these grants it exercised merely its proprietary rights; that it exercised no sovereign power to grant franchises; that the relator laid its tracks and operates its trains, not as a licensee or as the beneficiary of a public franchise, but as the owner of an interest in land.

*Carl Sherman, Attorney-General,* and *Frederic C. Rupp, Corporation Counsel (Herbert A. Hickman* of counsel), for appellants.

*Thomas R. Wheeler* for respondent.

Order in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO and CRANE, JJ. Not voting: POUND, J.